**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**ROBERT WILSON**                                                                                    **PLAINTIFF**

**v.**                                        **Case No. 4:11-cv-00855-KGB**

**ARKANSAS STATE HIGHWAY and**
**TRANSPORTATION DEPARTMENT, et al.**                                 **DEFENDANTS**

## JUDGMENT

Consistent with the Opinion and Order entered on this date, the Court enters judgment as follows:

1. Judgment is entered in favor of defendants, the Arkansas State Highway and Transportation Department; Scott Bennett, individually and officially as the Director of the Arkansas State Highway and Transportation Department; the Arkansas State Highway Commission; and R. Madison Murphy, John Ed Regenold, John Burkhalter, Tom Schueck, and Dick Trammel, individually and officially as members of the Arkansas State Highway Commission, as to plaintiff Robert Wilson's claims of race discrimination under Title VII of the Civil Rights Act of 1963, 42 U.S.C. § 2000e *et seq.*; the Fourteenth Amendment of the United States Constitution; and 42 U.S.C. § 1983.

2. Judgment is entered in favor of defendants as to Mr. Wilson's claims of retaliation under Title VII.

3. The Court dismisses with prejudice Mr. Wilson's claims of retaliation under the Fourteenth Amendment and § 1983.

4. Judgment is entered in favor of defendants as to Mr. Wilson's claim for declaratory judgment under 28 U.S.C. § 2201.

5.   The Court dismisses without prejudice Mr. Wilson's claim of breach of contract.

It is so adjudged this 9th day of February, 2015.

_____
Kristine G. Baker
United States District Judge