IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROBERT WILSON**                                                                                      **PLAINTIFF**

v.                              Case No. 4:11-cv-00855-KGB

**ARKANSAS STATE HIGHWAY and
TRANSPORTATION DEPARTMENT, et al.**                                     **DEFENDANTS**

## AMENDED JUDGMENT

Previously, this Court entered an Order and Judgment on the merits of this dispute (Dkt. Nos. 47, 48). Now, this Court enters judgment on plaintiff Robert Wilson's bill of costs. Consistent with the Court's findings of fact and conclusions of law, and pursuant to the Order entered in this matter on March 15, 2016, judgment is entered in favor of defendants and against plaintiff Robert Wilson for costs in the amount of $3,808.58.

So adjudged this 11th day of April, 2016.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge